# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Lynnel Cox v. Ismael Almeida, et al.

District Court Case No.  1:22-cv-11009-RGS          District of Massachusetts

Date Notice of Appeal filed  01/17/2025           Court of Appeals Case No.  25-1078

Form filed on behalf of  Lynnel Cox

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  Please see attached list.

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) _____ | |
| ☐ Other (specify) _____ | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____          Filer's Signature _____

Firm/Address _____          Filer's Email address _____

Telephone number _____      Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                       **SEE INSTRUCTIONS ON REVERSE**

**Transcripts Already Filed in District Court for the Following Matter:**
*Lynnel Cox, as Administrator of the Estate of Shayne R. Stilphen v. City of Boston, et al.*, No. 1:22-cv-11009-RGS (D. Mass.)

1. ECF No. 110: May 2, 2024: Summary judgment hearing

2. ECF No. 179: August 7, 2024: Final pretrial conference

3. ECF No. 187: August 12, 2024: Trial transcript – Day 1

4. ECF No. 188: August 13, 2024: Trial transcript – Day 2

5. ECF No. 189: August 14, 2024: Trial transcript – Day 3

6. ECF No. 190: August 15, 2024: Trial transcript – Day 4

7. ECF No. 191: August 16, 2024: Trial transcript – Day 5

8. ECF No. 192: August 19, 2024: Trial transcript – Day 6

9. ECF No. 196: June 18, 2024: Status conference


The issue on appeal concerns the District Court's application of the deliberate indifference standard to the Plaintiff's Fourteenth Amendment claim against the individual defendants as opposed to the objective standard articulated in *Kingsley v. Hendrickson*, 576 U.S. 389 (2015).

# CERTIFICATE OF SERVICE

I, Alexandra D. Valenti, hereby certify that on February 10, 2025, I electronically filed the Transcript Report with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Alexandra D. Valenti
Alexandra D. Valenti