# United States Court of Appeals
## For the First Circuit

No. 25-1078

LYNNEL COX, as administrator of the Estate of Shayne R. Stilphen,

Plaintiff - Appellant,

v.

ISMAEL ALMEIDA; PAUL MICHAEL BERTOCCHI; CATIA FREIRE; BRIAN PICARELLO,

Defendants - Appellees,

BOSTON POLICE DEPARTMENT; JOHN/JANE DOES 1-2; DAVID MARSHALL; CITY OF BOSTON,

Defendants.

**ORDER OF COURT**

Entered: November 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Randall F. Maas as counsel for Appellees Ismael Almeida, Paul Michael Bertocchi, Catia Freire, and Brian Picarello is granted. Attorney Maas is hereby withdrawn as counsel of record, and Appellees will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Adriana Lafaille
Jessie J. Rossman
Robert Frederickson III
Alexandra Valenti
Isabel Burlingame
Rohiniyurie Tashima
Edward F. Whitesell Jr.
Randall F. Maas

Donald Campbell Lockhart
Kelsi Brown Corkran
Elizabeth Cruikshank